COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:    01-15-00544-CV

Style:       Terry Neff and Iron Workers Mid-South Pension Fund

          v. Nicholas F. Brady, David J. Butters, William E. Macaulay,

          Robert B. Millard, Robert K. Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner, and

          Bruce M. Martin

Date motions filed[*]:  September 15, 2015

Type of motions:   George C. Aguilar's Unopposed Motion for *Pro Hac Vice* Admission and

          Jamie J. McKey's Motion in Support of George C. Aguilar's Unopposed Motion for *Pro Hac*

          *Vice* Admission

Party filing motions:  George C. Aguilar and Jamie J. McKey (Appellants)

Document to be filed:

If motion to extend time:
   Original due date:
   Number of previous extensions granted:    Current Due date:
   Date Requested:

Ordered that motion is:

  ☑  **Granted**

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐  Denied

  ☐  Dismissed

  ☐  Other: _____

  .

Judge's signature: /s/ Terry Jennings
        ☑ Acting individually  ☐ Acting for the Court

Panel consists of

Date: September 29, 2015

November 7, 2008 Revision